RECEIVED
OCT 22 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CORAY OWENS,<br>    Plaintiff | CIVIL ACTION NO.11-0433<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN SHERROD, et al.,<br>    Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendant's motion to dismiss (Doc. 25) is GRANTED and Owens' action is DENIED AND DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction.

IT IS ORDERED that defendant's motion for summary judgment (Doc. 25) and Owens' motion for summary judgment (Doc. 22) are both DENIED AND DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22nd day of October, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE